**Electronically Filed
Supreme Court
SCWC-16-0000348
17-JUL-2020
03:30 PM**

SCWC-16-0000348

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS FOO, RUBY FOO and VERA YOKOI,
Petitioners/Plaintiffs/Counterclaim Defendants-Appellants,

vs.

RICHARD L. BONER, as Trustee of the Richard L. Boner Trust,
Respondent/Defendant/Counterclaimant-Appellee,

and

DONALD E. McBRYDE, ANNE M. McBRYDE,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000348; CIV. NO. 14-1-196K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, J., and Circuit
Judge Remigio, in place of Pollack, J., recused, and
McKenna, J., dissenting, with whom Wilson, J., joins)

Petitioners/Plaintiffs/Counterclaim Defendants-Appellants' Application for Writ of Certiorari, filed on June 4, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 17, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Catherine H. Remigio

